E-FILED
Tuesday, 27 September, 2011  08:42:59 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SAMEENA AGHI, )<br>)<br>      **Plaintiff,** )<br>)<br>v. )<br>)<br>COMMERCE BANK, )<br>)<br>      **Defendant.** ) | Case No. 11-2078 |

**ORDER**

On August 17, 2011, Magistrate Judge David G. Bernthal filed a Report and Recommendation (#16) in this case. Judge Bernthal recommended that this case be transferred to the Peoria Division of the Central District of Illinois and re-assigned to a judge regularly sitting in that location pursuant to Rule 40.1 of the local rules (CD/IL-LR 40.1), because the Plaintiff's claims arise from her employment in Bloomington, Illinois, which is situated in McLean County, Illinois. Neither party filed an objection to Judge Bernthal's Recommendation within fourteen days after being served with a copy, as allowed by 28 U.S.C. § 636(b)(1), therefore both parties have waived any objection to this transfer on appeal. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). This court has carefully reviewed Judge Bernthal's Report and Recommendation (#16). Following this careful and thorough review, this court agrees with and accepts Judge Bernthal's Report and Recommendation. Accordingly, this court agrees that this case should be transferred to the Peoria Division of the Central District of Illinois.

      IT IS THEREFORE ORDERED THAT:

      (1) The Report and Recommendation (#16) is accepted by this court.

(2) This case is transferred to the Peoria Division of the Central District of Illinois and is assigned to Judge Sara L. Darrow.

ENTERED this 27th day of September, 2011

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE